**DISMISS; Opinion Filed November 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01761-CR

### JOE EARL WALTON, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-51913-Y

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion.

The Court hereby **GRANTS** the motion to dismiss and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131761F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOE EARL WALTON, JR., Appellant

No. 05-13-01761-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F12-51913-Y).
Opinion delivered by Justice Myers,
Justices Bridges and Lang-Miers
participating.

Based on the Court's opinion of this date, we **GRANT** appellant's motion to voluntarily dismiss his appeal and **DISMISS** the appeal.

Judgment entered this 25th day of November, 2014.